**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **ED CV 13-1290-JFW (SPx)**                                   Date:  May 21, 2014

Title:       Wade Ray Conwell -v- County of San Bernardino, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                    None Present
   Courtroom Deputy                                  Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                              None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SANCTIONS**

   Counsel for both parties are ordered to show cause in writing, no later than **May 22, 2014,** why their experts should not be prohibited from testifying at trial and/or why lead counsel should not each be sanctioned $1,500 for their failure to file a joint statement for each expert on May 20, 2014, as required by the Court's Order filed on May 12, 2014.  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument will be heard unless otherwise ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the exclusion of the relevant expert testimony and sanctions.

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr