JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE RAY CONWELL, | Case No. **ED CV 13-1290-JFW (SPx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SAN BERNARDINO; F. AMANCIO; and S. MOORE | |
| Defendants. | |

WHEREAS, on April 18, 2014, the Court granted Defendants' motion for summary judgment with respect to Plaintiff's claims alleged in the First Amended Complaint against Defendants County of San Bernardino and Deputy Scott Moore, but denied Defendants' Motion for Summary Judgment with respect to Plaintiff's claims alleged in the First Amended Complaint against Defendant Deputy Fortino Amancio;

WHEREAS, the action came on for trial on May 27, 28, and 29, 2014 before the Court and a jury, the Honorable John F. Walter, District Judge, presiding;

WHEREAS, the jury returned a verdict on May 29, 2014 in favor of Defendant Deputy Fortino Amancio on all of

Plaintiff's claims;

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

1. Defendants County of San Bernardino, Deputy Fortino Amancio, and Deputy Scott Moore shall have judgment against Plaintiff Wade Ray Conwell on all claims for relief alleged against them in Plaintiff's First Amended Complaint;

2. Plaintiff Wade Ray Conwell shall recover nothing from Defendants County of San Bernardino, Deputy Fortino Amancio, and Deputy Scott Moore; and

3. Defendants County of San Bernardino, Deputy Fortino Amancio, and Deputy Scott Moore shall recover from Plaintiff Wade Ray Conwell their costs of suit in the sum of $_____.

Dated: May 29, 2014  
_____  
JOHN F. WALTER  
UNITED STATES DISTRICT JUDGE